IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE TOWNSEND,

    Plaintiff

v.

CAPTAIN ATWOOD &
LIEUTENANT COPELAND,

    Defendants

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court to allow him to proceed without prepayment of costs. In support of this motion, plaintiff states that he has been incarcerated for eighteen years, has no income and no support from family members. Further, he has no assets.

*/s/ Ronnie Townsend*
Ronnie Townsend
AIS 121142
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023-7299