■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain Atwood
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

2. Article Number
(Transfer from service label)

06CV564

7004 1160 0003 5811 2212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Thornell*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
Angela Thornell

C. Date of Delivery
6/29/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Copeland
   Staton Correctional Facility
   P.O. Box 56
   Elmore, AL 36025-0056

   06cv564

2. Article Number
   (Transfer from service label)

   7004 1160 0003 5811 2205

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Angela Thornell    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Angela Thorne II    6/29/06

D. Is delivery address different from item 1?  ☑ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes