IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE TOWNSEND, #121142          )
                                  )
            Plaintiff,            )
                                  )
v.                                )          CV NO 2:06-CV-564-MHT
                                  )
CAPTAIN ATWOOD (EDWARD) &         )
LIEUTENANT COPELAND               )
                                  )
            Defendants,           )

## AFFIDAVIT

**State of Alabama**    :

**Elmore County**       :

Before me, the undersigned authority, a Notary Public in and for said County and

State of Alabama at Large, personally appeared Willie Copeland, who being known to

me and being by me first duly sworn, deposes and says on oath as follows:

My name is Willie Copeland. I am presently employed as a Correctional Officer

Supervisor I with the Alabama Department of Corrections at Staton Correctional Facility,

P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have

personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Ronnie Townsend and this is my

response to his complaint.

In this civil action, Inmate Townsend alleges that he was physically assaulted by

Lieutenant Willie Copeland.



EXHIBIT

1

Inmate Ronnie Townsend was assigned to Staton's Farm Squad #12. Inmates assigned to Farm Squads are instructed to report to the Back Gate at 7:00 A.M. each morning whether their squads checks out or not. On May 24, 2004, Inmate Townsend failed to report to the Back Gate for check out with his assigned squad. Lieutenant Copeland escorted Inmate Townsend from Inmate Townsend's assigned living area to the Back Gate. Inmates that miss their schedule check out time are transported to their assigned squad via State Vehicle. Lt. Copeland instructed Inmate Townsend to get onto the State Vehicle. Inmate Townsend complied with the instructions given by Lieutenant Copeland with assistance from Lt. Copeland by holding Inmate Townsend's arm as Inmate Townsend boarded the truck. When the vehicle pulled off, Inmate Townsend jumped from the rear of the vehicle. Lt. Copeland returned Inmate Townsend to the Back Gate Sallyport area. Lt. Copeland advised Inmate Townsend that Inmate Townsend would be receiving disciplinary action for violation of Rule #56 – Failure to Obey a Direct Order of a DOC Official and Rule #62 – Intentionally Creating a Security, Safety or Health Hazard.

At no time did Lt. Copeland kick Inmate Townsend while Inmate Townsend was on the ground.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Townsend concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Townsend.

_____
WILLIE COPELAND

SWORN TO and SUBSCRIBED before me this ___13ᵗʰ___ day of July 2006.


*Nadia Kenesha Allenquist*
NOTARY PUBLIC


___04/04/10___
My Commission Expires: