IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, #121142 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO 2:06-CV-564-MHT |
| ) | |
| CAPTAIN ATWOOD (EDWARD) & ) | |
| LIEUTENANT COPELAND ) | |
| ) | |
| Defendants, ) | |

### AFFIDAVIT

**State of Alabama**   :

**Elmore County**   :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Annie Latimore, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I hereby certify and affirm that I am the Alternate Custodian of Records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and am competent to testify to the matters stated herein

The attached ***State of Alabama Board of Corrections Institutional Incident Report*** number SCF-04-0483 consisting of three pages, and ***Alabama Department of Corrections Disciplinary Reports*** consisting of two pages each are true, and exact and correct photocopies of documents maintained here in the institutional files.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents


EXHIBIT 2

And entries therein were made reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.

_____
ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this 13th day of July 2006.

_____
NOTARY PUBLIC

04/04/10
My Commission Expires:

## STATE OF ALABAMA
## BOARD OF CORRECTIONS
### INSTITUTIONAL INCIDENT REPORT

N601
D of C
DOC No. 601 (REV. 4/81)

| 1. Institution: Staton Correctional Facility | 2. Date: May 24, 2004 | 3. Time: 7:35 AM | 4. Incident Number: SCF-04-0483 |
|---|---|---|---|
| 5. Location Where Incident Occurred: **Back Gate Area** | | 6. Type of Incident: RV#56- Failure to Obey A Direct Order Of a DOC RV#62-Intentionally Creating A Security, Safety or Health Hazard | |
| 7. Time Incident Reported: 7:35 AM | | 8. Who Received Report: Captain George Edwards | |

9. Victim:  a.  N/A                                       No. N/A
            (type full name)
         b.  _____           No. _____
            (type full name)

10. Suspects:                                11. Witnesses:  a. N/A                No. N/A
                                                              b. _____             No. _____
a. Ronnie Townsend    No. B/121142            c. _____             No. _____
b. _____         No. _____               d. _____             No. _____
c. _____         No. _____               e. _____             No. _____
d. _____         No. _____               f. _____             No. _____
e. _____         No. _____               g. _____             No. _____

Physical Evidence:

12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.

15. Narrative Summary: On May 24, 2004, Lieutenant Willie Copeland was assigned as Staton First Shift Commander. At approximately 7:00 AM, Officer William Smith did call Inmate Ronnie Townsend, AIS#-121142, to Staton Back Gate for check out for work detail. At Staton Correction Facility, all inmates assigned to a farm squad are instructed to report to Staton Back Gate at 7:00 A.M. daily.

At approximately 7:35 AM, Inmate Ronnie Townsend, AIS#121142, assigned to farm squad (F12), failed to report to the Back Gate for check out, with assigned farm squad. Inmate Townsend did not report to Staton Back Gate.

At approximately 7:40 AM, Lieutenant Copeland escorted Inmate Townsend from Inmate Townsend's assigned dormitory (Front of B-dorm) to Staton Back Gate. At Staton Correction Facility inmates that missed their schedule check out time, are transported to their assigned work squad via state vehicle.



DISTRIBUTION:   ORIGINAL Investigation and Inspection Division
                COPY to Deputy Commissioner, Institutions
                COPY to Institutional File
                COPY to Central Records File

D of C - N 602

## CONTINUATION SHEET

| Institution: | Incident Number: |
|---|---|
| Staton Correctional Facility | SCF-02- |
| Date: | Type of Incident: RV#56-Failure to Obey a Direct Order of a ALDOC |
| May 24, 2004 | RV#62-Intentionally Creating A Security, Safety or Health Hazard |

Narrative Summary (Continued) Page No. 2

At approximately 7:40 A.M., Lieutenant Copeland called via hand held radio, Lieutenant Daniel Avant and Sergeant Jimmy Taunton to Staton Back Gate to pick up inmates that missed the Back Gate check out.
At approximately 7:42 A.M. Lt. Avant and Sgt. Taunton arrived at Staton Back Gate.
At approximately 7:43 A.M. Lt. Copeland instructed Inmate Townsend to get onto the State Vehicle. Inmate Townsend stated, "I am going to run."

Inmate Townsend complied with Lt. Copeland's instructions; as the State Vehicle pulled off, Inmate Townsend jumped from the rear of the State Vehicle. Inmate Townsend stated, " I told ya'll I wasn't going to no damn farm".

Inmate Townsend was returned to the Back Gate Sallyport area by Lt. Copeland. Inmate Townsend was then reprimanded by Lt. Copeland and informed that disciplinary action was pending for Rule Violation #62, Intentionally Creating A Security, Safety or Health Hazard and Rule violation # 56, Failure To Obey A Direct Order of A ALDOC Official.

Inmate Townsend was escorted to Staton Health Care Unit for a body chart by Officer William McDaniel and Officer Thomas Allen. Inmate Townsend was examined by LPN Hampton.

At approximately 9:15 AM. Inmate Townsend was released back to ALDOC (See attached body chart). Inmate Townsend was then placed in Staton
Holding Unit Cell #2.
At approximately 7:50 AM. Lt. Copeland apprised Captain George Edwards of the aforementioned incident.
No other action taken at this time.

Lieutenant Willie Copeland



# EMERGENCY

wt 166

| ADMISSION DATE | TIME | ORIGINATING FACILITY Staton | | |
|---|---|---|---|---|
| 5/24/04 | 9:00 PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☒ POP | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT | |

**ALLERGIES:** Morphine

**CONDITION ON ADMISSION:** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 98° ORAL/RECTAL   **RESP.** 20   **PULSE** 76   **B/P** 142/88   RECHECK IF SYSTOLIC <100> 50

### NATURE OF INJURY OR ILLNESS

S: "The inmate states he was standing up on the truck when he drove off & fell."

### PHYSICAL EXAMINATION

O: A+O x 3. Skin w/d to touch. Resp reg c̄ ease. 44 yr old B/M c̄ c/o pain to lower back et L shoulder. Ø bruising noted to shoulder or to body. Ø spasms noted to lower back when asked to bend forward. Pain voiced when ask to bend over. c/o pain to hand. Ø edema Ø deformities noted to rt hand.

**ORDERS / MEDICATIONS / IV FLUIDS:**
P: MD/PA to review
1) X-Ray Lower Back

A: Alt comfort

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5/24/04 | 9:15 PM | ☒ DOC ☐ AMBULANCE | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: [signature] RN   DATE: 5/24/04
PHYSICIAN'S SIGNATURE: [signature]   DATE: 5/24/04

**INMATE NAME (LAST, FIRST, MIDDLE):** Townsend, Ronnie
**DOC#:** 121142   **DOB:** 7-18-58   **R/S:** B/M   **FAC.:** Staton

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)

**ABAMA DEPARTMENT OF CORRECTION**
DISCIPLINARY REPORT

SCF-04-0483

DOC Form 225B (Revised 7/92)

ENTERED MAY 2 8 2004

1. INMATE: Ronnie Townsend    CUSTODY: Medium    AIS NO.: 121142

2. FACILITY: Staton Correctional Facility

3. The above named inmate is being charged by Lieutenant Willie Copeland with violation of rule #62 specifically Intentionally Creating A Security, Safety or Health Hazard from regulation # 403, which occurred on or about May 24, 2004 at (time) 7:40 AM. Location: Back Gate Area hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: On May 24, 2004, at approximately 7:40AM, Inmate Ronnie Townsend, AIS#121142, assigned to (F12), failed to report to the Backgate for check out. Lt. Copeland located Inmate Townsend in front of B-Dorm, and Lt. Copeland escorted Inmate Townsend to the Backgate. Lt. Copeland used a reasonable amount of force necessary to put Inmate Townsend onto the truck. Inmate Townsend jumped off of moving truck, the truck did not depart the Backgate. Inmate Townsend is charged with RV#62-Intentionally Creating A Security, Safety or Health Hazard.

5. Willie Copeland, COSI
   Arresting Officer / Typed / Rank        Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 24th day of May, 2004, at (time) 9:16 (am/pm)

7. _____    Refused to sign (ETS)
   Serving Officer / Signature / Rank      Inmate's Signature / AIS Number

8. Witnesses desired? (NO) Refused to sign (ETS) YES
                         Inmate's Signature           Inmate's Signature

9. If yes, list: _____

10. Hearing Date May 26, 2004   Time 9:30 AM   Place H-Dorm Cube

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

13. Plea: "Refused to sign"  (Not Guilty)  _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): On May 24, 2004, at approximately 7:40 AM, Inmate Ronnie Townsend, B/121142, assigned to Farm Squad 12, failed to report to the Backgate for check out. Lt. Copeland located Inmate Townsend in front of B-dorm, and Lt. Copeland escorted Inmate Townsend to the Backgate. Lt. Copeland used a reasonable amount of force necessary to put Inmate Townsend onto the truck. Inmate Townsend jumped off of the truck, the truck did not depart the Backgate. Inmate Townsend is charged with RV#62/Intentionally Creating a Security, Safety or Health Hazard.

Annex C to AR 403 (Page 1 of 3 pages)

16. Inmate's testimony: On May 26, 2004 at approximately 9:30 AM. Inmate Ronnie Townsend declined to attend the disciplinary hearing process.

Witness: N/A                              Substance of Testimony: N/A

Witness: _____                          Substance of Testimony: _____

Witness: N/A                              Substance of Testimony: N/A

17. The Inmate was allowed to submit written question to all witnesses. Inmate Townsend did not request witnesses.

    _Signature / Hearing Officer_

18. The Following witnesses were not called   -   reason not called
    1. N/A                                        N/A
    2.
    3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: **(Be Specific)**
    The Hearing Officer finds that on May 24, 2004, at approximately 7:40 AM, at Staton Correction Facility's Back Gate, Inmate Ronnie Townsend, AIS#-121142, jumped from the rear of a State Vehicle. Inmate Townsend did not present a written statement or make a verbal statement. Inmate Townsend's presented no evidence to refute the charges. Therefore, the Hearing Officer finds Inmate Ronnie Townsend, AIS#-121142, guilty of Rule Violation #62, Intentionally Creating a Security, Safety, or Health Hazard.

20. **Basis for Finding of Fact:** The finding is based on the testimony of Lieutenant Willie Copeland, arresting officer, who stated under oath, that Inmate Ronnie Townsend, AIS#-121142, jumped off of a State Vehicle. The Hearing Officer asked Inmate Townsend for a written/verbal statement. Inmate Townsend declined. Inmate Townsend did not present evidence to refute the charge. Therefore, Inmate Townsend is guilty of Rule Violation #62-Intentionally Creating a Security, Safety, or Health Hazard.

21. Hearing Officer's Decision:   __XX__ Guilty        __XX__ Major
                                  _____ Not Guilty    _____ Minor

22. Recommendation of Hearing Officer: The HO recommends 45-days loss of all privileges to include canteen phone, and visitation. Also, 45-days disciplinary segregation, refer to classification for review.

    _Signature / Hearing Officer_
    Sergeant Sharon Rogers
    Typed Name and Title

23. Warden's Action – Date  5/27/04
    Approved.  _George Edwards, COS II_
    Disapproved
    Other (specify)

24. Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the _____ day of MAY 2004, at (time) 6:19 (am / pm)

    _Signature / Serving Officer / Title_          _Refused to sign_
                                                   Inmate's Signature and AIS Number

                                                   Annex C of AR 403 (page 2 of 3 pages)

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)    ENTERED MAY 2 8 2004    SCF-04-0483

1. INMATE: Ronnie Townsend    CUSTODY: Medium    AIS NO.: B/M 121142

2. FACILITY: Staton Correctional Facility

3. The above named inmate is being charged by Lieutenant Willie Copeland with violation of rule #56 specifically Failure To Obey A Direct Order Of A ALDOC Official from regulation # 403, which occurred on or about May 24, 2004 at (time) 7:35 AM. Location: Back Gate Area hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: On May 24, 2004, at approximately 7:35AM, Inmate Ronnie Townsend, AIS#121142, assigned to (F12), failed to report to the Backgate for check out. All inmates assigned to a farm squad are instructed to report to the Backgate at 7:00AM., Inmate Townsend did not comply with Lt. Copeland's order. Therefore, Inmate Townsend is charged with RV#-56 Failure to Obey A Direct Order Of A ALDOC Official

5. **Willie Copeland, COSI**
   Arresting Officer / Typed / Rank        Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 24th day of May, 2004, at (time) 9:15 (am/pm).

7. _____    X Refused to sign (RTS)
   Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

8. Witnesses desired? (NO) Refused to sign (RTS) YES _____
   Inmate's Signature        Inmate's Signature

9. If yes, list: _____

10. Hearing Date May 26, 2004 Time 9:40 AM. Place H-Dorm Cube

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.
    Signature / Hearing Officer

13. Plea: "Refused to Sign" (Not Guilty) _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): On May 24, at approximately 7:35 AM, Inmate Ronnie Townsend, B/121142, assigned to Farm Squad 12, failed to report to the Backgate for check out. All inmates assigned to a farm squad are instructed to report to the Backgate at 7:00 AM, Inmate Townsend did not comply with Lt. Copeland's order. Therefore, Inmate Townsend is charged with RV#56/Failure to Obey a Direct Order of a ALDOC Official.

Annex C to AR 403 ( Page 1 of 3 pages )

16. Inmate's testimony: On 5/26/2004 at approximately 9:40 AM, Inmate Ronnie Townsend declined to attend the disciplinary hearing process.

Witness: N/A                                   Substance of Testimony: N/A

Witness: ___                                   Substance of Testimony: ___

Witness: N/A                                   Substance of Testimony: N/A

17. The Inmate was allowed to submit written question to all witnesses. Inmate Townsend did not request witnesses.

    _____
    Signature / Hearing Officer

18. The Following witnesses were not called   -   reason not called
    1. N/A                                        N/A
    2.
    3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that on May 24, 2004, at approximately 7:35 AM, at Staton Correction Facility's Back Gate, Inmate Ronnie Townsend, AIS#-121142, failed to report to the Backgate for check out. The HO further finds that any inmate assigned to a farm squad that failed to report to the Backgate for check out is guilty of RV-#56. Therefore, Ronnie Townsend, AIS#-121142, guilty of Rule Violation #56, Failure To Obey A Direct Order Of A ALDOC Official.

20. **Basis for Finding of Fact:** The finding is based on the testimony of Lieutenant Willie Copeland, arresting officer, who stated under oath, that Inmate Ronnie Townsend, AIS#-121142, jumped off of a State Vehicle. The Hearing Officer asked Inmate Townsend for a written/verbal statement. Inmate Townsend declined, Inmate Townsend did not present evidence to refute the charge. Therefore, Inmate Townsend is guilty of Rule Violation #56-Failure To Obey A Direct Order Of A ALDOC Official.

21. Hearing Officer's Decision:        XX    Guilty              XX   Major
                                             Not Guilty                Minor

22. Recommendation of Hearing Officer: The HO recommends 45-days loss of all privileges to include canteen, phone, and visitation. Also, 45-days disciplinary segregation, refer to classification for review.

    _____
    Signature / Hearing Officer
    Sergeant Sharon Rogers
    Typed Name and Title

23. Warden's Action – Date  5/27/2004
    Approved      George Edwards, COSII
    Disapproved
    Other (specify)

24. Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named Inmate on this the ___ day of MAY 2004, at (time) 6:18 (am/pm).

    _____        Refused to sign
    Signature / Serving Officer / Title       Inmate's Signature and AIS Number

    Annex C of AR 403 (page 2 of 3 pages)