IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE TOWNSEND,

PLAINTIFF,

VS.                             CASE NO. 2:06-CV-564-MHT-CSC

CAPTAIN "ATWOOD", ET AL.

DEFENDANTS.

## MOTION FOR ENLARGEMENT OF TIME

Comes now the plaintiff in the above style cause pursuant to Rule 6(b) of the A.R.CIV.P., and request 30 days for the following:

1). Plaiintiff is not able togo to the law library due to his living area staying locked down and lack of security.

2). The law library clerk refuse to allow plaintiff extra time to prepare his legal defense due to law library being closed for plaintiff.

WHEREFORE, with the premise stated above, plaintiff, respectfully request this Honorable Court to grant an additional 30 days for good cause shown.

Respectfully Submitted,

*Ronnie Townsend*
Ronnie Townsend
AIS#121142    2-1
100 Warrior Lane
Bessemer, AL. 35023

## CERTIFICATE OF SERVICE

I, hereby certify that I have served the defendants counselors Troy King, Attorney General and Benjamin H. Albritton, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, 11 SOUTH UNION STREET, MONTGOMERY, ALABAMA 36130 via first class U.S. Mail, postage prepaid and properly addressed on this 23rd day of August, 2006.

Respectfully Submitted,

*Ronnie Townsend*
Ronnie Townsend    pro se
AIS#121142    2-1