IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DIST-
-RICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND,
    PLAINTIFF

VS.                      CV NO 2:06-CV-564-MHT

CAPTAIN ATWOOD (EDWARD) &
LIEUTENANT COPELAND,
    DEFENDANTS

RECEIVED
2006 SEP 19 A 9:22

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW THE PLAINTIFF, RONNIE TOWNSEND, AND MOVES THIS HONORABLE COURT TO GRANT HIS MOTION FOR ENLARGEMENT OF TIME ON THE FOLLOWING GROUNDS:

1. PLAINTIFF SHOWS TO THIS COURT THAT HE IS CURRENTLY HANDLING HIS CASE, PRO-SE, WITH INMATE PARA-LEGAL ASSISTANCE.

2. PLAINTIFF SHOWS TO THIS COURT THAT THE INMATE THAT WAS ASSISTANCE PLAINTIFF TRANSFER SO PLAINTIFF ASKING THIS HONORABLE COURT FOR ENLARGEMENT OF TIME TO GET SOMEONE TO FILED AN ANSWER FOR PLAINTIFF.

3. PLAINTIFF ALSO SHOWS TO THIS COURT THAT HE CAN BARELY READ AND WRITE AND THAT HE IS BASICALLY A FUNCTIONING ILLITERATE MAN THAT NEEDS HELP WITH HIS READING AND WRITING WHICH PLAINTIFF NEEDS THINGS READ TO HIM.

WHEREFORE, FOR THE ABOVE SAID REASONS PLAINTIFF PRAYS THAT THIS MOTION FOR ENLARGEMENT OF TIME BE GRANTED.

DONE THIS 15 DAY OF SEPTEMBER 2006

RESPECTFULLY SUBMITTED

*Ronnie Townsend 121142*

100 WARRIOR LANE
BESSEMER AL. 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THIS MOTION UPON THE OFFICE OF THE CLERK AT UNITED STATES DISTRICT COURT, P.O. BOX 711, MONTGOMERY AL. 36101-0711, BY PLACING A COPY IN THE U.S. MAIL, POSTAGE PREPAID.

DONE THIS 15 DAY OF SEPTEMBER 2006.

*Ronnie Townsend 121142*

100 WARRIOR LANE
BESSEMER AL. 35023