IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND #121142
   PLAINTIFF,

    VS.                 CV NO 2:06-CV-564-MHT

CAPTAIN ATWOOD EDWARD &
LIEUTENANT WILLIE COPELAND
   DEFENDANTS.

## MOTION FOR PRODUCTION OF DOCUMENT

COMES NOW THE PLAINTIFF, RONNIE TOWNSEND, IN THE ABOVE STYLED CAUSE, HUMBLY MOVES THIS HONORABLE COURT TO ORDER THE BELOW LISTED DOCUMENTS TO BE FURNISHED TO THE PLAINTIFF PURSUANT TO RULE 26.(B) RULES OF CIVIL PROCEDURE.

PLAINTIFF STATES THAT THE PURPOSE OF THESE DOCUMENT IS TO PROVE THAT THE DEFENDANTS VIOLATION PLAINTIFF EIGHTH AMENDMENT AND FOURTEENTH AMENDMENT. THE DOCUMENTS REQUESTED ARE AS FOLLOWS.

1. STATEMENTS AND AFFIDAVITS WHICH WAS MADE BY DEFENDANT CAPTAIN ATWOOD EDWARD. THIS REQUEST INCLUDES ALL ELECTRONICALLY RECORDED OR TAPED AND TRANSCRIBED.

2. COPY OF MY MEDICAL RECORD

3. A COPY OF ANY MOTION OF ANSWER OF DEFENDANT CAPTAIN ATWOOD EDWARD.

AGAINS AS GROUNDS FOR THIS REQUEST. PLAINTIFF STATES THAT THE NECESSARY DOCUMENTS WILL DEMONST--RATE AND PROVE HIS CLAIMS.

                                                          Mr. Ronnie Townsend
                                                         100 WARRIOR LANE
                                                         BESSEMER AL. 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS ___ DAY OF SEPTEMBER 2006, I HAVE SERVED A COPY OF THE FOREGOING OF ATTORNEY FOR THE DEFENDANTS BY PLACING SAID COPY IN THE UNITED STATES MAIL FIRST CLASS POSTAGE AND ADDRESSED AS FOLLOWS:

BENJAMIN H. ALBRITTON
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY AL. 36130

RESPECTFULLY SUBMITTED
*Mr. Ronnie Townsend*
RONNIE TOWNSEND
100 WARRIOR LANE
BESSEMER AL. 35023