**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain Atwood Edward
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
Angela Thornell    10/3/06

C. Signature
X Angela Thornell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV564
C + P8    10/23/06

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Cop    7005 1820 0002 3461 6982

102595-00-M-0952

Domestic Return Receipt

July 1999