IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND #121142,

    PLAINTIFF,

VS.

CAPTAIN GEORGE EDWARD
    DEFENDANTS,

RECEIVED
2006 OCT 12 A 9:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:06-CV-564-MHT

## MOTION FOR LEAVE TO AMEND

COMES NOW PLAINTIFF, RONNIE TOWNSEND, PURSUANT TO RULE 15... OF RULES OF CIVIL PROCEDURE., AND MOVES THIS HONOR-ABLE COURT TO GRANTE PLAINTIFF LEAVE TO AMEND HIS ORIG-INAL COMPLAINT. TO CORRECT CAPTAIN GEORGE EDWARD NAME. AND ADD SERGEANT JIMMY TALINTON TO THE ORIGINAL.

*Ronnie Townsend 121142*
RONNIE TOWNSEND
100 WARRIOR LANE
BESSEMER AL. 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED A COPY OF THE FOREGOING MOTION FOR LEAVE TO AMEND UPON CAPTAIN GEORGE EDWARD DEFENDANT BY MAILING A COPY OF THE SAME IN THE U.S. MAIL AT ALABAMA DEPARTMENT OF CORRECTIONS STATON CORRECTIONAL FACILITY, P.O. BOX 56, ELMORE, ALA. 36025. ON THIS THE 10th DAY OF OCTOBER 2006.

Ronnie Townsend 121142