IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND #121142,
    PLAINTIFF,

vs.

CIVIL ACTION NO. 2:06-CV-564-MHT

CAPTAIN, GEORGE EDWARD
SERGEANT JIMMY TAUNTON

    DEFENDANTS

RECEIVED
2006 OCT 12 A 9:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## AMENDMENT TO COMPLAINT

COMES NOW THE PLAINTIFF, RONNIE TOWNSEND, AND FILES THIS AMENDMENT TO HIS ORIGINAL COMPLAINT AND STATES AS FOLLOWING:

1. PLAINTIFF SHOW THIS COURT THAT THE CLAIMS AND FACTS IS RELATE TO THE ORIGINAL COMPLAINT, SEE PAGE (1) NUMBER 5 OF THE ORIGINAL COMPLAINT.

2. PLAINTIFF ALSO SHOW THIS COURT THAT CAPTAIN ATWOOD EDWARD IS NOT THE DEFENDANT CORRECT NAME. PLAINTIFF MOVES THIS COURT TO AMEND HIS NAME TO REFLECT, CAPTAIN GEORGE EDWARD.

3. PLAINTIFF ALSO WOULD LIKE TO AMEND SERGEANT JIMMY TAUNTON TO THE ORIGINAL COMPLAINT BECAUSE HE WAS DRIVING THE TRUCK WHEN DEFENDANT COPELAND ORDERED HIM TO LEAVE AND THE TRUCK MOVED SUDDENLY, AND THROWING PLAINTIFF OUT OF THE TRUCK. SEE ORIGINAL COMPLAINT AT PAGE (1) NUMBER 5.

x Ronnie Townsend 121142
RONNIE TOWNSEND #
100 WARRIOR LANE
BESSEMER ALABAMA 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS 10th DAY OF OCTOBER 2006 SERVED A COPY OF THE FOREGOING AMENDMENT TO ORIGINAL COMPLAINT UPON CAPTAIN GEORGE EDWARD DEFENDANT BY ALABAMA DEPARTMENT OF CORRECTIONS STATON CORRECTIONAL FACILITY, P.O. BOX 56, ELMORE ALABAMA, 36025, BY PLACING THE SAME IN THE UNITED STATES MAIL PREPAID ADDRESSED.

*Ronnie Townsend /s/ 12/11/12*
RONNIE TOWNSEND
100 WARRIOR LANE
BESSEMER AL, 35023