**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 

Sgt. Jimmy Taunton
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

2. Article Number ( 7005 1820 0002 3465 1105

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Angela Thornell
B. Date of Delivery  10-15-0
C. Signature
X  Angela Thornell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   delivery address below:

2:06CV564
O+C     11/3/06

☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain George Edward
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Angela Thornell   B. Date of Delivery

C. Signature
X Angela Thornell
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06 CV 564
d+c  , 11/3/06

☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number   7005 1820 0002 3465 1112

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952