IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 2:06-CV-564-MHT-CSC |
| ) | |
| LT. WILLIE COPELAND, ET AL. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ANSWER OF DEFENDANTS

COME NOW Defendants, Captain George Edwards and Sgt. Jimmy Taunton, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they conspired, retaliated or discriminated against the Plaintiff in any way.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff's claims are barred by the statute of limitations.

The Defendants are entitled to state agent immunity.

The Defendants are entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity.

    Respectfully submitted,

    TROY KING
    Attorney General

    /s/ Benjamin H. Albritton
    Benjamin H. Albritton
    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 2nd day of November, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Ronnie Townsend, AIS# 121142
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35023-7299

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General