IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, #121142 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO 2:06-CV-564-MHT |
| ) | |
| CAPTAIN GEORGE EDWARD, ) | |
| SERGEANT JIMMY TAUNTON ) | |
| Defendants, ) | |

## AFFIDAVIT

**State of Alabama** :

**Elmore County** :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared George Edwards, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is George Edwards. I am presently employed as a Correctional Officer Supervisor II with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Ronnie Townsend and this is my response to his complaint.

In this civil action, Inmate Townsend alleges that he was physically assaulted by Lieutenant Willie Copeland.

Inmate Ronnie Townsend was assigned to Staton's Farm Squad #12. Inmates assigned to Farm Squads are instructed to report to the Back Gate at 7:00 A.M. each morning whether their squads checks out or not. On May 24, 2004, Inmate Townsend failed to report to the Back Gate for check out with his assigned squad. Lieutenant Copeland escorted Inmate Townsend from Inmate Townsend's assigned living area to the Back Gate. Inmates that miss their schedule check out time are transported to their assigned squad via State Vehicle. Lt. Copeland instructed Inmate Townsend to get onto the State Vehicle. Inmate Townsend complied with the instructions given by Lieutenant Copeland with assistance from Lt. Copeland by holding Inmate Townsend's arm as Inmate Townsend boarded the truck. When the vehicle pulled off, Inmate Townsend jumped from the rear of the vehicle. Lt. Copeland returned Inmate Townsend to the Back Gate Sallyport area. Lt. Copeland advised Inmate Townsend that Inmate Townsend would be receiving disciplinary action for violation of Rule #56 – Failure to Obey a Direct Order of a DOC Official and Rule #62 – Intentionally Creating a Security, Safety or Health Hazard.

I was the Officer in charge receiving the report as reported by Lieutenant Willie Copeland and the approving authority after the hearing.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Townsend concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Townsend.

*George Edwards*
GEORGE EDWARDS

SWORN TO and SUBSCRIBED before me this  23  day of October 2006.

*Annie Latimore*
NOTARY PUBLIC

12/06/2008
My Commission Expires: