IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND #121142
    PLAINTIFF

VS.                    2:06-CV-564-MHT-CSC

L.T. WILLIE COPELAND, ET A.L.
    DEFENDANTS.

## MOTION IN REFERENCE TO ORDER ISSUE CONCERN MOTION TO PRODUCTION MEDICAL RECORD

COMES NOW PLAINTIFF, RONNIE TOWNSEND, BY AND THROUGH PRO-SE AND MOVES THIS HONORABLE COURT TO ORDER WARDEN KENNETH L. JONES TO OBEY YOUR ORDER AND GIVE PLAINTIFF ACCESS TO HIS MEDICAL RECORD SO HE CAN HANDWRITTEN COPIES AND STATES AS FOLLOWS:

1. ON OCTOBER 2, 2006, THIS HONORABLE COURT ISSUE AN ORDER UPON WARDEN KENNETH L. JONES, ORDER HIM TO GIVE PLAINTIFF ACCESS TO HIS MEDICAL RECORD.

2. ON OCTOBER 18TH 2006, PLAINTIFF RONNIE TOWNSEND WERE ESCORTED TO THE MEDICAL UNIT AND WERE GIVING (10) COPYS FROM HIS MEDICAL RECORD.

3. PLAINTIFF WERE REFUSE ACCESS TO HIS MEDICAL RECORD SO HE COULD HANDWRITTEN COPIES OUT OF HIS MEDICAL RECORD TO SUBMITT TWO THIS HONORABLE COURT AS EVIDENTIARY.

*Ronnie Townsend* (signature)
RONNIE TOWNSEND #121142
100 WARRIOR LANE
BESSEMER AL, 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE, THIS THE 7TH DAY OF NOVEMBER 2006 SERVED A COPY OF THE FOREGOING UPON THE COUNSEL FOR DEFENDANTS BY PLACING SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

RESPECTFULLY SUBMITTED

*Ronnie Townsend*

100 WARRIOR LANE
BESSEMER AL. 35023

BENJAMIN H. ALBRITTON
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY AL. 36130