IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, #121142, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-564-MHT |
| | ) |
| LT. WILLIE COPELAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension from November 27, 2006 to and including December 8, 2006 to file a response to the defendants' written reports in compliance with the directives of the order entered on August 8, 2006.

Done this 14th day of November, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE