IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND #121142

    PLAINTIFF,

VS.

                  2:06-CV-564-RECEIVED

LT. WILLIE COPELAND, ET AL.

    DEFENDANTS.

DEC 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## PLAINTIFF RESPONS TO DEFENDANTS SPECIAL REPORT

COME NOW THE PLAINTIFF, RONNIE TOWNSEND, BY AND THRO-UGH PRO-SE, AND RESPONS TO THE DEFENDANTS SPECIAL REPORT IN THE ABOVE-STYLED ACTION AND STATES AS FOLLOWS:

### STATEMENT OF FACTS

ON DECEMBER OF 2003, I WAS TRANSFERED FROM HOLMAN PRISON TO STATON PRISON UPON MY ARRIVAL TO STATON I WAS PLACED IN ADULT BASIC EDUCATION PROGAM. SEE EXHIBIT A. AFFIDAVIT OF RONNIE TOWNSEND.

I WITNESSED SEVERAL YOUNG INMATES BE PHYSICALLY ABUSEDLY BY DEFENDANT LT. WILLIE COPELAND. IN APRIL OF 2004, HE MADE THREATS AT ME I WAS CONCERNED THAT HE WOULD CARRY THEM OUT SO I CALLED AN ATTORNEY THAT I KNEW AND TOLD HIM ABOUT THE INCIDENTS AND ASKED HIM TO CONTACT THE WARDEN OF STATON FACILITY ABOUT THE INCIDENTS. SEE EXHIBIT B. LETTER TO WARDEN WILLIE THOMAS.

AFTER THAT, LT. WILLIE COPELAND DID NOT LIKE ME BEC-AUSE WARDEN THOMAS HAD GOTTEN ONTO HIM ABOUT HIS COND-UCT ON THE JOB. AFTER THE WARDEN GOTTEN ONTO HIM LT. WILLIE COPELAND REMOVED ME OUT OF A.B.E. CLASSES

AND PUT ME ON THE FARM. THIS WAS CLEAR RETALIATION FOR MY CALLING THE LAWYER I TOLD LT. COPELAND THAT IT WAS WRONG TO REMOVE ME FROM SCHOOL WITHOUT ANY LEGITIMATE JUSTIFICATION AND THAT I REFUSED TO GO ON THE FARM. HE RESPONDED BY TELLING ME THAT WHETHER WRONG OR RIGHT HE COULD DO WHATEVER HE WANTED AT THIS PRISON.

## ISSUE

1. PLAINTIFF ALLEGES THAT ON MAY 24, 2004, THE DEFEND-ANTS CAUSED HIM INJURY BY SUBJECTING TOWNSEND TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EI-GHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, MADE APPLICABLE TO THE STATES THROUGH THE FOURTEENTH AMENDMENT.

2. ON MAY 24, 2004, A CALL WAS MADE FOR ALL FARMERS TO REPORT TO THE BACK GATE FOR CHECK OUT. I DID NOT REPORT TO THE BACK GATE. LT. COPELAND AND CAPT. EDWARDS CAME LOOKING FOR ME. (SEE DEFENDANTS SPECIAL REPORT AT PAGE 3, OF THE STATEMENT OF FACTS ON LINE 4).

3. THE DEFENDANTS WALKED UP TO ME AND CALLED ME I WENT WITH THEM TO THE BACK GATE, WHEN WE GOT THERE THEY GRABBED ME, DAGGED ME OUT TO A TRUCK THAT WAS PARKED OUTSIDE OF THE GATE AND THREW ME UP IN THE BED OF TRUCK. I JUM-PED UP ON MY FEEF AND ASKED THEM WHAT WAS WRONG WITH THEM AND WHY DID THEY TAKE ME OUT OF SCHOOL AND PUT ME ON THE FARM. SEE EXHIBIT C. AFFIDAVIT OF COREY HENLEY AND EXHIBIT D. AFFIDAVIT OF TERRANCE D. McRARY.

4. THE DEFENDANTS ORDERED SERGEANT JIMMY TAUNTON WHO WAS DRIVING THE TRUCK TO LEAVE THROWING PLAINTIFF OUT OF THE TRUCK ONTO THE GROUND ON HIS HEAD AND HIS RIGHT SHOULDER. LT. COPELAND KICKED PLAINTIFF WHILE HE WAS LAYING ON THE GROUND. SEE EXHIBIT A. AFFIDA-VIT OF RONNIE TOWNSEND AND EXHIBIT C. AFFIDAVIT OF COREY HENLEY.

5. AFTER HE FELL PLAINTIFF WAS KEPT IN THE SALLYPORT FOR APPROXIMATELY 30-40, MINUTES, DESPITE THE NEED HE HAD FOR MEDICAL ATTENTION.

6. BEFORE, MAY 24, 2004, PLAINTIFF HAD NEVER COMPLAINT ABOUT HIS NECK BACK OF HIS SHOULDER.

7. ON OCTOBER 2, 2006, CHIEF UNITED STATES MAGI- -STRATE JUDGE, CHARLES S. COODY ISSUE AN ORDER TO THE WARDEN OF DONALDSON CORRECTIONAL FACILITY AND TO THE SUPERVISON OF THE HEALTH CARE UNIT ORDER THEM TO GIVE ME ACCESS TO MY MEDICAL RECORDS.

8. UPON REVIEWING MY MEDICAL RECORDS IT REFLECT THAT ON MARCH 8, 2005, X-RAYS NOTE REFLECT INCREASED LOWBACK PAIN, NECK PAIN MAY BE POSITIONAL OR MAY BE RELATED TO MUSCLE SPASM. THERE IS HYPERTROPIC SBU- RRING IMPESSION. THERE IS EVIDECE OF HYPERTROPIC SPURR- -ING. THOMAS J. RAYNE III, M.D. SEE (EXHIBIT E, HANDWR- -RITTEN COPY OF THE MEDICAL RECORDS).

9. LT. COPELAND PUT ME IN A LOCK UP HOLDING CELL IN THE HOSPITAL. I WAS IN PAIN FOR TWO WEEKS AND COULD NOT GET OUT OF BED. EVERYTIME I ASKED A NURSE OR OFFIERS ABOUT SEEING A DOCTOR THEY WOULD TELL ME THAT LT. COPELAND TOLD THEM STRICTLY NOT TO TAKE ME OUT OF MY CELL FOR ANYTHING OF TO SEE ANYBODY. SEE EXHIBIT A. AFFIDAVIT OF RONNIE TOWNSEND.

10. LT. COPELAND WROTE ME A BEHAVOIR DISCIPLINARY FOR VIOLATION OF RULE 56 FAILURE TO OBEY A DIRECT ORDER AND RULE 62, INTENTIONALLY CREATING A SECUR- -ITY, SAFETY OR HEALTH HAZARD. TO COVER UP WHAT THEY DID TO ME OR JUSTIFY IT. SEE EXHIBIT C. AFFIDAVIT OF COREY HENLEY AND EXHIBIT D. AFFIDAVIT OF TERRANCE D. MCCRARY.

11. PLAINTIFF ALLEGES THAT THE DEFENDANTS BY ORDERING THE TRUCK TO LEAVE WHILE PLAINTIFF WAS STANDING IN THE OF TRUCK WERE DELIBERATELY INDIFFERENT A CLEAR DANGER OF INJURY AND THE PROXIMATE CAUSE OF THE INJURIES THE HIS NECK AND BACK HE SUFFERED IN HIS FALL. SEE EXHIBIT E HANDWRITTEN COPY OF THE NOTES OUT OF HIS MEDICAL RECORD.

12. THERE WAS NO PURPOSE SERVED BY LT. COPELAND KICK-ING ME AFTER I FALL OUT OF THE TRUCK. THAT ACT WAS CARRIED OUT NOT FOR THE PURPOSE OF MAINTAINING OR RESTORING ORDER, BUT WERE LT. COPELAND INTENTION OF CAUSING ME MORE PAIN AND SUFFERING.

## FIRST CAUSE OF ACTION

13. PLAINTIFF ADOPTS AND INCORPORATES THE PRECEDING ALLEGATIONS.

14. THE DEFENDANTS, BY ACTING IN THE MANNER DESCR-IBED, VIOLATED PLAINTIFF CONSTITUTIONAL RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

WHEREFORE, PLAINTIFF DEMANDS SUCH COMPENSATORY AND PUNITIVE DAMAGES AS A JURY MAY AWARD PLUS HIS COSTS.

## SECOND CAUSE OF ACTION

15. PLAINTIFF ADOPTS AND INCORPORATES THE PRECED-ING ALLEGATIONS.

16. THE KICKING BY LT. COPELAND CONSTITUTES ASSAULT AND BATTERY UNDER THE LAW OF THE STATE OF ALABAMA.

WHEREFORE, PLAINTIFF DEMANDS SUCH COMPENSATORY AND PUNITIVE DAMAGES AS A JURY MAY AWARD PLUS HIS COSTS.

## THIRD CAUSE OF ACTION

17. PLAINTIFF ADOPTS AND INCORPORATES THE PRECEDING ALLEGATIONS.

18. THE DEFENDANTS ACTIONS WANTON UNDER THE COMMON LAW OF THE STATE OF ALABAMA.

WHEREFORE, PLAINTIFF DEMANDS SUCH COMPENSATORY AND PUNITIVE DAMAGES AS A JURY MAY AWARD PLUS HIS COSTS.

*Ronnie Townsend*

RONNIE TOWNSEND 121142
100 WARRIOR LANE
BESSEMER, AL. 36023-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE, THIS THE 6th DAY OF DEC-EMBER, 2006, SERVED A COPY OF THE FOREGOING UPON THE DEFENDANTS COUNSEL BY PLACING SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

BENJAMIN H. ALBRITTON
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

*Ronnie Townsend*

RONNIE TOWNSEND
100 WARRIOR LANE
BESSEMER AL. 35023-7299