**GESPASS & JOHNSON**

**Kathleen M. Johnson**                                                                                              **David Gespass**

*Also admitted in:*                    3600 Clairmont Avenue                           *Reply to:*
*Washington, D.C.*                    Birmingham, Alabama 35222                     P.O. Box 550242
                                       Phone: 205-323-5966              Birmingham, Alabama 35255-0242
*E:mail: KMJX@AOL.COM*                Fax: 205-323-5990                    E-mail: THEPASSS@AOL.COM

April 12, 2004

Warden Willie Thomas
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

**VIA FAX**

       Re:   Ronnie Townsend
               AIS 12142

Dear Warden Thomas:

     Mr. Townsend, who is an old client of mine, called me today with a serious concern that Lt. Copeland has threatened him.  <u>Mr. Townsend has only recently arrived at Staton and he does not want to have problems there.  He does have information, whether accurate or not, that Lt. Copeland has used excessive force with other inmates.  I am writing this letter not as a threat or warning but, rather, to put you on notice of the situation in hopes that you can address it before it escalates.</u>  If my client and Lt. Copeland have misunderstood each other, I would like that cleared up before it causes him any problems.  And if there is a real danger of excessive force, I would like to prevent it from occurring rather than pursuing a claim later on.  Anything you can do to correct any problems that exist would be appreciated.

Yours truly,

*David Gespass*

DG/da

pc:   Mr. Ronnie Townsend