EXHIBIT C

AFFADAVIT OF INMATE COREY HENLEY #203912

I, Corey Henley, was at Staton Correctional Facility on May 24th, 2004. On this morning I saw Ronnie Townsend being escorted by Lt. Copeland and Capt. Edward to the back gate. At that moment everything seemed to be going "alright". But when they got to the sally port, they grabbed Townsend and threw him in the back of a truck, which I couldnt understand why Townsend stood up in the truck and he was in aheated argument----during which time the Lt. and Capt. told the truck to pulledoff in the truck all at once, throwing Townsend "overboard", head first.... Townsend was just laying there, and it looked like he was hurt bad and Lt. Copeland walked up and kicked him in his side, and all the inmates on the yard started saying how wrong that was. Then Lt. and Capt. drug Townsend in the sally port and they locked the camp down....

I swear that the above statement is true and being offered of my own free will and accord....

_____
Corey Henley/Affiant

_____
Notary Public  10/3/06

10/20/08
My Commissi   Expires: