AFFADAVIT OF INMATE TERRANCE D. MCCRARY # 189390

On May 24th, 2004, I was on the yard with about 300 or more inmates somewhere waiting to check out on the farm. I saw Lt. Copeland and Capt. Edawrd used force on Townsend and throwed him on the back of the truck Townsend was mad at them for forcing him on the truck and was talking to them about the situation...When all at once--the truck pulled off...Townsend was off balance, the way the truck pulled off; I could hear the tires spinning in the gravels...It throwed Townsend out head first..The way he landed he could have broken his neck. Then, as helpless as Townsend was, Lt. Copeland walks up and kicks him. All the inmates on the yard went in such an uproar that the entire prison was placed under emergency lock-down.....

I swear that this statement is true and correct and it is being offered off of my own free will and accord.

_Terrance McCrary  189390_
Terrance McCrary/Affiant

_Wallace _____
NOTARY PUBLIC
10/3/06

10/20/08
MY COMMISSION EXPIRES: