E

EXHIBIT E

ONLY
X-RAYS THEY SAY → LUMBAR SPINE TWO VIEWS: 5-24-04
NORMAL APPEARING LUMBAR SPINE.
BY: RANDALL FINLEY M.D.

BODY SHEET → ON MAY 24, 04.

BODY SHEET → ON MAY 28, 04. DID COMPLAINT OF BACK AND SHOULDER.

SICK CALL
SING UP → JUNE 8, 04. DID NOT SEE DOCTOR.

PDRTORS ORDERS ON JULY 22, 04.

PROGRESS NOTES ON JULY 23, 04. MEDICAL RECORD FAIL TO REFLECT ANY NOTES.

BACK PAIN AND NECK PAIN. DOC. MADE MARCH 7, 2005.

ON MARCH 8, 2005
X-RAYS → INCREASED LOW BACK PAIN, NECK PAIN
THERE IS STRAIGHTENING OF THE SPINE WHICH MAY BE POSITIONAL OR MAY BE RELATED TO MUSCLE SPASM. THERE IS HYPERTROPIC SPURRING IMPRESSION. THERE IS EVIDENCE OF HYPERTROPIC SPURRING. DOC. THOMAS J. RAYNE III, M.D.

JULY, 16, 2006. PROGRESS

AUGUST 4, 2006. NO PROLONG STANDING

OCTOBER 13, 2006. NET TOOL: COMPLAIN OF BACK PAIN AND NECK PAIN.