IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, #121142, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-564-MHT |
| | ) |
| LT. WILLIE COPELAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On December 11, 2006, the plaintiff filed a response to the defendants' special reports (Court Doc. No. 28). In this response, the plaintiff references a lack of adequate medical treatment provided to him with respect to complaints made in March of 2005. The court therefore construes this document to contain a motion to amend addressing claims related to medical treatment provided to the plaintiff for complaints of pain in his neck and back. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to challenge the adequacy of medical treatment provided to him he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 12th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00564-MHT-CSC  Filed 12/12/2006  Page 2 of 2