IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RONNIE TOWNSEND
    PLAINTIFF,

VS.                    CIVIL ACTION NO. 2:06-CV-564-MHT

LT. COPELAND, ET AL.,
    DEFENDANTS.

## DECLARATION OF MAILING

I DID ON MAY 22, 2006, AT THE INMATE MAILING SYSTEM OF W.E. DONALDSON CORRECTIONAL FACILITY MAIL A COPY OF THE COMPLAINT BY UNITED STATES MAIL POSTAGE PRE-PAID AND PROPERLY ADDRESSED.

THE ONLY COPY I HAD IN MY POSSESSION THAT WOULD SUPPORT THE DATE OF MY MAILING SET FORTH IN THIS DECLARATION OF MAILING WERE DESTROY IN A INSTITUTIONAL SHAKE DOWN HERE AT DONALDSON CORRECTIONAL ABOUT (3) MONTHS AGO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY ABILITY.

EXECUTED ON DECEMBER 31 2006.

*Ronnie Townsend* (signature)

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 31st DAY OF DEC 2006

_Marcus L. Atkinson_ (signature)        MARCH 7th, 2010.
NOTARY PUBLIC                           MY COMMISSION EXPIRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS THE 1st DAY OF JAN-UARY 2007, SERVED A COPY OF THE FOREGOING UPON COUNSEL FOR DEFENDANTS BY PLACING THE SAME IN THE U.S. MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

BENJAMIN H. ALBRITTON
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY ALABAMA 36130

RESPECTFULLY SUBMITTED
*Ronnie Townsend*
RONNIE TOWNSEND
100 WARRIOR LANE
BESSEMER AL. 35023