**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RONNIE TOWNSEND** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )    **2:06-CV-564-MHT-CSC** |
| **LT. WILLIE COPELAND, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**<u>WITNESS LIST</u>**

COME NOW the Defendants, and in accordance with this Honorable Court's January 17, 2007, Order, submit the following Witness List for the February 20, 2007, limited evidentiary hearing:

1. Ronnie Townsend

2. Jamie Oliver

3. Any and all witnesses identified by the Plaintiff

4. The Defendants reserve the right to call additional witnesses to serve as rebuttal witnesses to any witness offered by the Plaintiff.

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 31st day of January, 2007, served a copy of the

foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid

and properly addressed as follows:

Ronnie Townsend, AIS# 121142
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35023-7299


                              /s/ Benjamin H. Albritton
                              Benjamin H. Albritton
                              Assistant Attorney General