IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, # 121142, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv564-MHT |
| | ) |
| LT. COPELAND, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

For good cause, it is

ORDERED that the evidentiary hearing presently set for February 20, 2007, at 9:00 a.m. be and is hereby RESET to **March 20, 2007 at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The persons having custody of the plaintiff shall produce him for this hearing in this case.

Done this 14th day of February 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE