IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE TOWNSEND, #121142, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:06-CV-564-MHT |
| | ) | |
| LT. COPELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT

Before me, the undersigned authority a Notary Public in and for said County, and State of Alabama at Large, personally appeared one Jamie Oliver, who being known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Jamie Oliver, and I am presently employed as an Administrative Support Assistant I, with the Alabama Department of Corrections, at the William E. Donaldson Correctional Facility, Bessemer, Alabama. I am over twenty-one (21) years of age.

Legal mail for an inmate is logged when the inmate request that postage be added by the mailroom at William E. Donaldson Correctional Facility. Inmates are allowed to have two (2) free postage stamps per week. Legal mail that requires free postage by the mailroom is mailed every Friday. I have reviewed the legal log and inmate Ronnie Townsend's name appears on June 23, 2006 (see attached log). The earliest inmate Townsend could have placed the envelope in the mail for delivery was the week prior.

To the best of my knowledge, the aforementioned facts are true and correct.

_____
JAMIE OLIVER

STATE OF ALABAMA    )

JEFFERSON COUNTY    )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS ___1st___ DAY OF MARCH 2007

_____
NOTARY PUBLIC

My Commission Expires 5/31/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE TOWNSEND, 121142,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACT. NO. 2:06-CV-564-MHT |
| **LT. COPELAND, et al.,** | ) ) ) | |
| Respondent. | ) | |

**CERTIFICATION OF RECORDS**

I, Jamie Oliver, hereby certify and affirm that I am an Administrative Support Assistant I, at the William E. Donaldson Correctional Facility; that the attached documents are true and correct photocopies of documents maintained in the mailroom of incoming and outgoing inmate legal mail.

This, I do hereby certify and affirm to on this ___1st___ day of ___March___, 2007.

_____
JAMIE OLIVER
ADMINISTRATIVE SUPPORT ASSISTANT I
WILLIAM E. DONALDSON CORRECTIONAL FACILITY

STATE OF ALABAMA )

JEFFERSON COUNTY )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS ___1st___ DAY OF ___March___

2007.

_____
NOTARY PUBLIC

My Commission Expires 5/31/2008

6/23/06

- Austen, Larry 1
- Babbs, Cedric 1
- Baton, Timothy 2
- Bedgood, Cory 2
- Bland, Terry 2
- Carter, Wyatt 1
- Chappell, David 2
- Coleman, Kelvin 2
- Evans, Robert 2
- Fox, Richard C. 2
- Gill, Robert 1
- Gunn, Victor L. 1
- Hurth, Alonzo 2
- Ivey, Christopher 1
- Jackson, Anthony 1
- Jenkins, Demetrius 1
- Johnson, Robert 2
- Jones, Dale 1
- Kelly, Eddie J. 2
- Lafity, Joe L. 2
- Little, Robert 2
- Marks, Che'Dechaune 1
- McCree, Gerard 1

- Murray, Lewis 2
- Perkins, Johnny 2
- Poole, David 2
- Pugh, Patrick 2
- Refour, Darrell 2
- Robey, William K. 2
- Rowe, George 1
- Sanford, Bobby 2
- Stone, James Lee 1
- Thompson, Arthur E. 1
- Waldorf, Charley 2
- Walker, Lawrence 2
- Wallace, Victor 1
- Washington, James 1
- Winfield, Carey 2
- Brown, Otis 1
- Crawford, Eli 1
- Edwards, Poshua 2
- Ford, Marcus 1
- Hastings, James 2
- Johnston, Brandon 1
- ★ Miller, Marcus 1
- Pace, Levi 1
- Parsons, David 2

Pruitt, Roland ?
Thompson, Willie ?
Townsend, Ronnie ?
Turner, Ricky ?
Wilson, Shadderry ?