IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE TOWNSEND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:06-CV-564-MHT-CSC |
| LT. WILLIE COPELAND, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## LIMITED NOTICE OF APPEARANCE

COMES NOW Assistant Attorney General Jeffery H. Long, and hereby gives his notice of appearance as counsel for defendants Captain George Edwards and Sgt. Jimmy Taunton, which will be limited to the March 20, 2007 evidentiary hearing as Assistant Attorney General Benjamin H. Albritton has a scheduling conflict and will be unable to attend, but will continue to represent these defendants.

Respectfully submitted,

TROY KING
Attorney General

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

1

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 16th day of March, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Ronnie Townsend, AIS# 121142
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35023-7299

                                                /s/ Jeffery H. Long
                                                Jeffery H. Long
                                                Assistant Attorney General