IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv564-MHT |
| | ) |
| LT. COPELAND, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 21, 2007 (doc. # 40), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915.

An appropriate judgment will be entered.

DONE, this the 23rd day of April 2007.

                                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE