For The U.S. Middle District of
Alabama, Northern Division

Ronnie Townsend
    Plaintiff

vs.                                Civil Action No:
Lt. Copeland, Et. Al.,                 2:06CV564
    Respondent

"Motion For Reconsideration"

Come now the plaintiff Ronnie Townsend (Hereinafter Townsend) and moves this Honorable Court with his Motion For Reconsideration and states the following in support:

1. On the 22nd day of May, 2006, Townsend files his civil complaint alleging:

A.

On or about the 24th day of May, 2004 the defendants cause him injury by subjecting him to cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution, made applicable to the states through the Fourteenth Amendment, that is lack of medical treatment, retaliation violation of his due process and unconstitutional conditions of confinement.

—1—

2.) On the 28th day of June 2006 magistrate judge Charles S. Coosy grants plaintiff in forma pauperis status pursuant to 28 U.S.C. Sec., 1915(b)(1) and 1915(b)(2).

3.) After several (extentions the defendants files their answer and special report on the 7th day of August, 2006.

4.) On the 3rd day of October, 2006 Townsend files his response.

5.) On the 2nd day of October, 2006 the magistrate issues an order granting motion to substitute and amend contain Atwood Edward as a defendand. He was also ordered to files his special report by October 23, 2006.

6.) On the 14th day of December, 2006 the court issue an order that an evidentiary hearing was necessary to determine the date of filing for his complaint.

7.) On the 17th day of January, 2007 the court issues an order setting the hearing date to be the 20th day of February, 2007.

8.) On the 26th day of March, 2007 the defendants files their supplemental special report.

9.) The hearing was reschudales for the 20th day of March, 2007.

-2-

(10.) During the hearing testimony was given that Townsend's mail had been tampered with in the past. That he put three (3) stamps on the envelope, but they were removed and mailed out late.

(11.) On the 23rd day of April, 2007 United States District Judge Myson K. Thompson issues an order. The Magistrate's report and recommendation was to be adopted. He also issues and orders, Judgment and Decree that the case was Dismissed with prejudice pursuant to §28 U.S.C. sec. 1915.

### Reason Why Motion is to be Granted

At no time did Townsend receive a copy of the Magistrate's Report and Recommendation. He moves the court pursuant to rule 201(d), Federal Rules of Evidence to take Judicial Notice of the entire record on this cause, as well as the "Legal Mail Log" for the month etc. His copy of the Magistrate Report was alleged to have been forwarded to him.

A review of the legal mail log for "incoming" mail will clearly show that Townsend was not afforded a full and fair opportunity to file his Objection to the Magistrate's Report and Recommendation. (see Exhibit-A)

Wherefore, for the reasons states above Townsend humbly prays the court grant this motion and provide Townsend asequate opportunity to exeruse his rights as a citizen of these Unites States of Alabama.

DATE: 5-20-07

Respectfully Submitted
s/ Ronnie Townsend

Certificate of Service

Alabama Department Of Corrections
301 - South Riley Street
Montgomery, Al., 36130

DATE: 5-20-07

Pursuant to Houston v. Lack
487 U.S. 266 (1988)

-4-

Ronnie Townsend #121142
A-27-L
100 Warrior Lane
Bessemer, Ala.
35023-7299

[postmark: BIRMINGHAM AL 35203-9998, MAY 25]

Debra P. Hackett
Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

( Legal Mail )