To the United States District
Court For the Middle District
Of Alabama
Northern Division

Declaration of Ronnie Townsends in
Support of His Motion For
Reconsederation

Ronnie Townsends declare's under penalty of perjury:

1. I am the plaintiff in this case. The complaint alleges that I was denies adequate mental treatment, retaliction, violation of my due process and unconstitional conditions of confinement.

2. I am an incarcerated citizen who is and has been located at Donaldson Prison since June, 2006.

3. On the 23rd day of April, 2007 United States District Judge Myron H. Thompson issued an order Adopting the Magistrate's Report and Recommendations. I have yet to receive the Magistrate's Report and Recommendations.

-1-

[CONT., 3] I was not afforded any opportunity to file any objections. It will be impossible to file and appeal and request for certificate of appealability.

4.) At the hearing of March 20th 2007, testimony a record of ALL incoming and outgoing legal mail. A review of this record will clearly show that I was not provided a copy of report from the magistrate.

5.) For the reasons states in the motion submitted with this declaration, these facts must be looked into, to afford me a full and fair opportunity to exercise my constitutionally protected rights, privileges and immunities.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5-20-07

/s/ Ronnie Townsend
RONNIE TOWNSEND