IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE TOWNSEND, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv564-MHT |
| | ) | |
| LT. COPELAND, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It appearing that plaintiff did not object to the magistrate judge's recommendation (Doc. No. 40) because he did not receive a copy of it, it is ORDERED, pursuant to Fed.R.Civ.P. 60(b), as follows:

   (1) Plaintiff's motion for reconsideration (Doc. No. 43) is granted.

   (2) The final order and judgment (Doc. No. 41 and 42) are vacated.

(3) Plaintiff is allowed until July 6, 2007, to file an objection to the magistrate judge's recommendation (Doc. No. 40).

(4) The clerk of the court is to mail another copy of the magistrate judge's report and recommendation (Doc. No. 40) to plaintiff.

DONE, this the 6th day of June, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE