IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE TOWNSEND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv564-MHT |
| | ) |
| LT. COPELAND, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## JUDGMENT

In accordance with the order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 and that costs be and are hereby TAXED against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of August 2007.

                                                    /s/   Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE