```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003737
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
-----------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE TOWNSEND
 Case/Party: D-ALM-2-06-CV-000564-001
 Amount:         $40.00
-----------------------------------
CHECK
 Check/Money Order Num: 15114
 Amt Tendered:  $40.00
-----------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00
```