```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005665
Cashier ID: brobinso
Transaction Date: 07/01/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE TOWNSEND
 Case/Party: D-ALM-2-06-CV-000564-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 15405
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```