```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006343
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE TOWNSEND
 Case/Party: D-ALM-2-06-CV-000564-001
 Amount:         $10.00
------------------------------------
CHECK
 Check/Money Order Num: 15497
 Amt Tendered:  $10.00
------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```